[No. 15201-4-III.    Division Three.    January 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEE BETOURNAY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 95-1-00040-9, Yancey Reser, J., entered September 8, 1995. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 16121-8-III.    Division Three.    January 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK N. KELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-02564-2, Harold D. Clarke, J., entered September 12, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16352-1-III.    Division Three.    January 21, 1999.]

CLYDE M. ROBINSON, ET AL., *Respondents*, v. AVIS HAMLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-01851-2, Robert N. Hackett, J., entered November 22, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 16698-8-III.    Division Three.    January 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DWAYNE LYNESS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-1-00669-0, Vic L. VanderSchoor, J., entered May 30, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.